# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LARRY DAVIS,**

      **Plaintiff,**                          **Case No. 2:20-cv-1852**

  **v.**                                    **JUDGE EDMUND A. SARGUS, JR.**

                                                 **Magistrate Judge Elizabeth Preston Deavers**

**UNITED STATES POSTAL SERVICE,** *et al.,*

      **Defendant.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on April 17, 2020.  (ECF No. 3.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, this action is **DISMISSED** in its entirety.

    **IT IS SO ORDERED.**


**5/4/2020**                                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                                    **EDMUND A. SARGUS, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**